

# United States District Court

## Northern District of Illinois
### Eastern Division

CYZE                                       **JUDGMENT IN A CIVIL CASE**

            v.                                    Case Number: 07 C 2357

BANTA CORP.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant and against plaintiff.

                                            Michael W. Dobbins, Clerk of Court

Date: 9/8/2009

                                            /s/ Jacquelyn H. Collier, Deputy Clerk